HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
PATRICK RAYNELL LOVE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:14-CR-00146 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| PATRICK RAYNELL LOVE, | DATE:  August 15, 2014<br>TIME:  9:00 a.m. |
| Defendant. | JUDGE: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through JILL THOMAS, Assistant U.S. Attorney and defendant PATRICK RAYNELL LOVE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for July 11, 2014 be continued to August 15, 2014 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

///

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 15, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 7, 2014                    Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Benjamin Galloway*
                                                BENJAMIN GALLOWAY
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                PATRICK RAYNELL LOVE

DATED: July 7, 2014                    BENJAMIN B. WAGNER
                                                United States Attorney

                                                */s/ Jill Thomas*
                                                JILL THOMAS
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including August 15, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the July 11, 2014 status conference shall be continued until August 15, 2014, at 9:00 a.m.

Dated: July 8, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge