HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
PATRICK RAYNELL LOVE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>PATRICK RAYNELL LOVE,<br><br>        Defendant. | NO. 2:14-CR-00146 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:   November 7, 2014<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through JILL THOMAS, Assistant U.S. Attorney and defendant PATRICK RAYNELL LOVE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for October 17, 2014 be continued to November 7, 2014 at 9:00 a.m.

Specifically, defense counsel needs additional time to review discovery with the defendant, continue investigating the facts of the case, and to negotiate a resolution to this matter.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

///

1  DATED: October 7, 2014                    Respectfully submitted,

2
                                             HEATHER E. WILLIAMS
3                                            Federal Defender

4                                            /s/ Benjamin Galloway
                                             BENJAMIN GALLOWAY
5                                            Assistant Federal Defender
                                             Attorney for Defendant
6                                            PATRICK RAYNELL LOVE

7  DATED: October 7, 2014                    BENJAMIN B. WAGNER
                                             United States Attorney
8
                                             /s/ Jill Thomas
9                                            JILL THOMAS
                                             Assistant U.S. Attorney
10                                           Attorney for Plaintiff

11                                  **O R D E R**

12       The Court, having received, read, and considered the stipulation of the parties, and good

13  cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The

14  Court specifically finds that the failure to grant a continuance in this case would deny counsel

15  reasonable time necessary for effective preparation, taking into account the exercise of due

16  diligence. The Court finds that the ends of justice to be served by granting the requested

17  continuance outweigh the best interests of the public and the defendant in a speedy trial.

18       The Court orders that the time from the date of the parties stipulation, up to and including

19  November 7, 2014, shall be excluded from computation of time within which the trial of this

20  case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

21  and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4).  It is further ordered that

22  the October 17, 2014 status conference shall be continued until November 7, 2014, at 9:00 a.m.

23  Dated:  October 15, 2014

24

25

26                                           _____
                                             GARLAND E. BURRELL, JR.
27                                           Senior United States District Judge

28