UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RAYNELL LOVE, | No. 2:14-cr-0146 GEB CKD |
| Movant, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Movant, a federal prisoner, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Under Rule 4 of the Rules Governing Section 2255 Cases, the court must review all § 2255 motions and summarily dismiss any motion if it is plain that the movant is not entitled to relief. The court has conducted that review and finds that summary dismissal of the § 2255 motion is not appropriate. Therefore, respondent will be directed to file a response.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent is directed to file an answer within sixty days of this order. See Rule 4, Rules Governing Section 2255 Proceedings.

2. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings.

1

3. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

4. The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

Dated: August 9, 2016

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
love0146.200

2