UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>PATRICK RAYNELL LOVE,<br><br>Movant. | No.  2:14-cr-0146 GEB CKD P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding with counsel, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 14, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Movant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.  Also, the court notes that after the magistrate judge issued her findings and recommendations, and after movant filed objections, the Supreme Court found that the United

States Sentencing Guidelines (Guidelines) are "not subject to vagueness challenges under the Due Process Clause" as put forth by movant.  <u>Beckles v. United States</u>, No. 15-8544, 2017 WL 855781, *3 (March 6, 2017).  Consequently, invalidation of the "residual clause" as it appeared in 18 U.S.C § 924(e)(2)(B) by the Supreme Court in <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015) for vagueness, has no effect on any Guidelines language.  Also, nothing else in <u>Johnson</u> provides the basis for any successful Guidelines-based challenge.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 14, 2017, are adopted in full;

2. Movant's June 22, 2016 motion for habeas corpus relief under 28 U.S.C. § 2255 (ECF No. 31) is denied;

3. The Clerk of the Court is directed to close the companion civil case No. 2:16-cv-1412 GEB CKD; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253

Dated:  March 16, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge